| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| GAIL SENEGAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:16-CV-19 |
| | § | |
| COMBINE HOSPITALITY, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Plaintiff Gail Senegal's Unopposed Motion to Dismiss (#18) is GRANTED. Accordingly, the above-styled case is dismissed with prejudice. The parties shall bear their own costs.

THIS IS A FINAL JUDGMENT.

**Signed this date**

Dec 8, 2016

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE